UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 0 9 2010

U.S. DISTRICT COURT

UNITED STATES OF AMERICA,　）
　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　）
　　　　　　v.　　　　　　　　）　　Criminal No. 10-0005 (ESH)
　　　　　　　　　　　　　　　）
KAREN ECHEVERRI,　　　　　）
　　　　　　　　　　　　　　　）
　　　　　Defendant.　　　　　）
　　　　　　　　　　　　　　　）

## ORDER

In a hearing before Magistrate Judge Alan Kay on February 19, 2010, defendant Karen Echeverri entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within fourteen (14) days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: March 9, 2010